**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7521**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

MICHAEL O'SHEA DUVAL, a/k/a Big Mike,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Henry M. Herlong, Jr., District
Judge.  (CR-96-786)

———————

Submitted:  February 25, 1999        Decided:  March 9, 1999

———————

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael O'Shea Duval, Appellant Pro Se.  Harold Watson Gowdy, III,
OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina,
for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael O'Shea Duval appeals the district court's order denying his motion to reinstate his direct criminal appeal. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Duval, No. CR-96-786 (D.S.C. Sept. 16, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] The order from which Duval appeals was filed on September 15, 1998, and entered on the district court's docket on September 16, 1998, in accordance with Fed. R. Civ. P. 58 and 79(a). See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).